# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Dean Cage

                    Plaintiff,

v.                                                   Case No.: 1:09−cv−03078
                                                      Honorable Virginia M. Kendall

City Of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2013:

      MINUTE entry before Honorable Virginia M. Kendall:MOTION by Plaintiff Dean Cage to compel *PLAINTIFFS RENEWED MOTION TO COMPEL AUDIT RELATED DISCOVERY*[225] is granted in part and denied in part for the reasons stated on the record in open court. MOTION by Plaintiff Dean Cage to Set Summary Judgment Deadline and Trial Date [227] is granted. The Court allows the deposition of Robert Stacey. Dispositive motions with supporting memoranda due by 7/1/2013. Responses due by 8/1/2013. Replies due by 8/15/2013. Ruling will be made by mail. Pretrial Order due by 11/22/2013. Jury Trial reset for 12/9/2013 at 09:15 AM. Motions in limine with supporting memoranda due by 11/22/2013. Jury instructions in 3 sets (1 agreed, 1 defendant, 1 plaintiff) are due by 11/22/2013. Pretrial Conference reset for 11/26/2013 at 10:00 AM. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.